IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALAN THOMAS,

      Appellant,

v.                                                         Case No.    5D21-3132
                                                           LT Case No. 2020-CF-003604-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 29, 2022

Appeal from the Circuit Court
for Orange County,
Tarlika Teresa Nunez-Navarro, Judge.

Matthew J. Metz, Public Defender, and
George D.E. Burden, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


SASSO, NARDELLA and WOZNIAK, JJ., concur.